Attachment 2 - EEOC Complaint Form



FILED
22 NOV 28 AM 11:47
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# Civil Right DIVISION

Mahmood Husam Altabra

4008 Ignacio Drive Austin Texas 78744

(Name of plaintiff or plaintiffs)

v.

Civil Action Number: 1:22CV01247 RP

(Supplied by Clerk's Office)

University of Texas in Austin

3101 manor road Austin Texas 78722

---

Richard Eaves
303 pack horse dr, Bastrop, TX, 78602
125 forsythia trl, Bastrop, TX, 78602
Richard.eaves@austin.utexas.edu
512-575-0789

---

Randall Kobza
7106 S Brook Dr, Austin, TX, 78736
21200 newton Dr, lago vista, TX, 78645

---

Michael Rodriguez
2109 San Jacinto Blvd, Austin, TX, 78712
Michael.rodriguez@athletics.utexas.edu
512-748-7276

---

(Name of defendant or defendants)

1

# COMPLAINT

1. This action is brought by Mahmood Altabra_____, Plaintiff, pursuant to the following selected jurisdiction:

**(Please select the applicable jurisdiction)**

[ **X** ] Title VII of the Civil Rights Act of 1964 (42 USC §§ 2000e et seq.) Employment Discrimination on the basis of race, color, sex (gender, pregnancy and sexual harassment), religion or national origin.

[    ] The Age Discrimination in Employment Act (29 USC §§ 621 et seq.) (**ADEA**).

[    ] The Americans With Disabilities Act (42 USC §§ 12102 et seq.) (**ADA**).

[    ] The Equal Pay Act (29 USC § 206(d)) (**EPA**).

[    ] The Rehabilitation Act of 1973 (29 USC §791 et seq.) (Applicable to federal employees only).

Defendant University of Texas in Austin_____(Defendant's name) lives at, or its business is located at  Texas_____ (street address), 3101 manor road _____(city), Austin\_ (state),Texas\_(zip) 78722 .

V.
Richard Eaves
303 pack horse dr, Bastrop, TX, 78602
125 forsythia trl, Bastrop, TX, 78602
Richard.eaves@austin.utexas.edu
512-575-0789
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-
Randall  Kobza
7106 S Brook Dr, Austin, TX, 78736
21200 newton Dr, lago vista, TX, 78645
512-922-1749


\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-
Michael Rodriguez
2109 San Jacinto Blvd, Austin, TX, 78712
Michael.rodriguez@athletics.utexas.edu
512-748-7276

1

     3a.     Plaintiff sought employment from the defendant or was employed by the defendant at   3101 manor  road ___(street address), (city), Austin _____(state) Texas ,(zip) 78722.

     3b.     At all relevant times of claim of discrimination, Defendant employed  1500_____ (#) employees. If defendant is a union, at all relevant times of claim of discrimination, Defendant had 1500__(#) members.

     4.     Defendant discriminated against plaintiff in the manner indicated in paragraph 8 of this complaint on or about September_____(month) 17_____(day) (year) 2021. If incidents of discrimination occurred more than one day, please indicatethe beginning and ending dates of such acts:_

7-3 -2020
9- 7- 2020
9 -2-2020
9 -2-202
2-26-2021
3-8-2021,
3-26-2021
4-9-2021
5-25-2021
6-4-2021
6-15-2021
During the months of June and July of 2021,
7-28-2021
9-7-2021
9-9-2021
9-13 -2021
9-17-2021.

     5.     Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission (E.E.O.C.) charging defendant with the acts of discrimination indicated in paragraph 7 of this complaint on or about| April_____ (month)  6_____(day) 2021_____(year). (Not applicable to federal civil service employees).
Second charge was about  -------December- 23-2021

6a. The E.E.O.C. issued a **Notice of Right to Sue** which was received by plaintiff on (month) September_____(day) 20_____(year)  2022  . (Not applicable toADEA and EPA claims or federal civil service employees).
Second right to sue letter was on September -20-2022

1

**VERY IMPORTANT NOTE:**   PLEASE ATTACH A COPY OF YOUR NOTICE OF RIGHT TO SUE AND THE ENVELOPE IN WHICH IT WAS RECEIVED TO THIS COMPLAINT.

6b.   Please indicate below if the E.E.O.C issued a **Determination** in your case:

[ ] Yes
[ **X** ] No

**VERY IMPORTANT NOTE:**   IF YOU CHECKED "YES", PLEASE ATTACH A COPY OF THE E.E.O.C.'S DETERMINATION TO THIS COMPLAINT

7.   Because of plaintiff's:

**(Please select the applicable allegation(s))**

[ **X** ]   Race (If applicable, state race) _____

[ **X** ]   Color (If applicable, state color) _____

1

[ ]   Sex (gender, pregnancy or sexual harassment) (If applicable, state sex and claim)

[x]   Religion (If applicable, state religion) _____

[x]   National Origin (If applicable, state national origin) _____

[ ]   Age (If applicable, state date of birth) _____

[ ]   Disability (If applicable, state disability) _____

[x]   Prior complaint of discrimination or opposition to acts of discrimination. (Retaliation) (If applicable, explain events of retaliation) <u>before I filed a charge of discrimination with EEOC on 4-6-2021, I faced retaliation behaviors from my supervisor and the university please read the events below.</u>

      A- On 7-3 -2020, I have incident with my coworker Randall Kobza he came up to me and made joke about my language's comprehensive in front of my coworkers by saying "Do you know why you the only person laughing here ? I asked him why? He answered because you have a language barriers" I reported it to my supervisor, also I reported another incident with another coworker her name dabbi manning she was making joks about how I write my work order, I reported both incidents to my supervisor. No action taken from the university see exhibit ( 2 )

      B- On September- 7- 2020 again I have another incident with Randall Kobza, he came up to me in the workplace and he gave me a weird look, I asked him do you hate me ?  He looks at me and answered "I don't hate you, fucking Arabs" and he left. I reported to the investigation department. And also indicated it in my mail on 9-1-2021. No action taken from the university. everything documented  see exhibit ( 3 )

      C- On September -2-2020, I have another incident with another employee he is the director of maintenance at the stadium building his name Michael Rodriguez, he was harassing and bulling me every time I go do work on his building, he even told me "we don't need you here, you will not get paid for the work hours  you spent here" I reported to HR and inclusion office, they did nothing about it, see exhibit ( 4 )

1

D- On September -2-202, my supervisor Richard eaves asked me to move to different department, because I complaint about Michael Rodriguez. I refused to move, then my supervisor Band me from doing work at the stadium building. After that I complaint to HR against my supervisor because he was bias and sided with Michael Rodriguez, my supervisor band me from doing at that building. This is clear evidence of retaliation because he banding me from doing work in specific building and asking me to leave the department and he knows we are going to lose one of our technicians his name rodny Bettler because he will be retired in couple months and we will be short in stuff soon, No action taken from the university, all this info documented on emails. see exhibit ( 5 )

E- On 2-26-2021, again which is the third time my coworker Randall Kobza he called me a "terrorist <u>and accused me bombing a childcare building in Iraq</u>" I have a witness his name Michael Brown for that incident and he submitted his testimony to my supervisor written and signed by him on march -1-2021, I reported this incident to HR on 2-26-2021, this is clear evidence showing the pervasive harassment I was dealing with in the workplace, all this info documented on emails. see exhibit ( 6 )

F- 0n 3-1-2021, my coworker Michael Brown submitted his testimony to my supervisor as a witness with a document signed and written by him for the incident when Randall Kobza called me a terrorist, <u>in his testimony he confirm that Randall Kobza called me a terrorist and accused me bombing a childcare building in Iraq, please see his testimony in exhibit ( 7 )</u>

G- On 3-8-2021 I complained to HR against my supervisor's retaliation. I indicated In my complaint my supervisor didn't assign a car for me to do my job off campus, there are five buildings off campus I have to visit weekly, and I was borrowing cars from my coworkers to do my job. There are three employees their names E.J TORREZ , JASON FLOYD and ADAM SERNA they all got hire after me and they all received their cars after 2 months of their employment, this is clear evidence showing retaliation and the poor treatment I was facing in my department. No action taken from the university, all this info documented on emails. see exhibit ( 8 )

1

H- On 3-26-2021, my supervisor start retaliates against me by not approving my timesheet hours and that pushed me to contact payroll to approve my hours. Payroll corrected the hours and told me that the problem was my supervisor didn't approve my work hours, all this info documented on emails. I complained to HR about see exhibit ( 9  ) and exhibit  ( 10  )

I- On 3-31-2021,  I asked the university to provide me the result of the investigation regarding my complaints about my supervisor's retaliation, and as usual no response, see exhibit ( 11  )

J- On 4-1-2021, I asked the university to provide me the result of the investigation regarding my complaints about Michael Rodriguez retaliation, and as usual no response, see exhibit ( 12 )

K- On 4-6-2021 I filed charge of discrimination with EEOC against the university; this charge indicated the incidents above. See exhibit (13)

---

The defendant:  **(please select all that apply)**

[ ]   failed to employ plaintiff.

[x ]   terminated plaintiff's employment.

[x ]   failed to promote plaintiff.

[x ]   harassed plaintiff.

[ ]    other (specify) _____

1

8a.  State **specifically** the circumstances under which defendant, its agent, or employees discriminated against plaintiff **PERSONALLY**:

**VERY IMPORTANT NOTE**: **INCLUDE SPECIFIC DATES, SPECIFIC EVENTS, AND ANY SPECIFIC COMMENTS MADE BY DEFENDANT PERTAINING TO THE DISCRIMINATION CLAIM ALLEGED ABOVE.**

1- Before I start I want to show you my job evaluation performance signed by my supervisor Richard Eaves on 5-20-2021 showing I have high scores in my evaluation. Please see exhibit ( 1 )

2- I get hired with the university of Texas in Austin hired on 10-28-2019

3- On 7-3 -2020, I have incident with my coworker Randall Kobza he came up to me and made joke about my language's comprehensive in front of my coworkers by saying "Do you know why you the only person laughing here ? I asked him why? He answered because you have language barriers" I reported it to my supervisor, also I reported another incident with another coworker her name dabbi manning she was making joks about how I write my work order, I reported both incidents to my supervisor. No action taken from the university see exhibit ( 2 )

4- On September- 7- 2020 again I have another incident with Randall Kobza, he came up to me in the workplace and he gave me a weird look, I asked him do you hate me ?  He looks at me and answered "I don't hate you, fucking Arabs" and he left. I reported to the investigation department. Also I indicated it in my mail on 9-1-2021. No action taken from the university. everything documented  see exhibit ( 3 )

5- On September -2-2020, I have another incident with another employee he is the director of maintenance at the stadium building his name Michael Rodriguez, he was harassing and bulling me every time I go do work on his building, he even told me "we don't need you here you will not get paid for the work hours you spent here" I reported to HR and inclusion office, they did nothing about it, see exhibit ( 4 )

6- On September -2-202, my supervisor Richard eaves asked me to move to different department, because I complaint about Michael Rodriguez.  I refused to move, then my supervisor Band me from doing work at the stadium building. After that I complaint to HR against my supervisor because he was bias and sided with Michael Rodriguez, my supervisor band me from doing at that building. This is clear evidence of retaliation because he banding me from doing work in specific building and asking me to leave the department and he knows we are going to lose one of our technicians his name rodny Bettler because he will be retired in couple months and we will be short in stuff soon, No action taken from the university, all this info documented on emails. see exhibit ( 5 )

1

7- On 2-26-2021, again which is the third time my coworker Randall Kobza he called me a "terrorist and accused me bombing a childcare building in Iraq" I have a witness his name Michael Brown for that incident and he submitted his testimony to my supervisor written and signed by him on march -1-2021, I reported this incident to HR on 2-26-2021, this is clear evidence showing the pervasive harassment I was dealing with in the workplace, all this info documented on emails. see exhibit ( 6 )

8- 0n 3-1-2021, Michael Brown submitted his testimony to my supervisor as a witness with a document signed and written by him for the incident when Randall Kobza called me a terrorist, <u>in his testimony he confirm that Randall Kobza called me a terrorist and accused me bombing a childcare building in Iraq, please see his testimony in exhibit ( 7 )</u>

9- On 3-8-2021, I complained to HR against my supervisor's retaliation. I indicated In my complaint my supervisor didn't assign a car for me to do my job off campus, there are five buildings off campus I have to visit weekly, and I was borrowing cars from my coworkers to do my job. There are three employees their names E.J TORREZ , JASON FLOYD and ADAM SERNA they all got hire after me and they all received their cars after 2 months of their employment, this is clear evidence showing retaliation and the poor treatment I was facing in my department. No action taken from the university, all this info documented on emails. see exhibit ( 8 )

10- On 3-26-2021, my supervisor start retaliates against me by not approving my timesheet hours and that pushed me to contact payroll to approve my hours. Payroll corrected the hours and told me that the problem was my supervisor didn't approve my work hours, all this info documented on emails. I complained to HR about see exhibit ( 9 ) and exhibit ( 10 )

11- On 3-31-2021, I asked the university to provide me the result of the investigation regarding my complaints about my supervisor's retaliation, and as usual no response see exhibit ( 11 )

12- On 4-1-2021, I asked the university to provide me the result of the investigation regarding my complaints about Michael Rodriguez retaliation, and as usual no response see exhibit ( 12 )

13- On 4-6-2021 I filed charge of discrimination with EEOC against the university; this charge indicated the incidents above. See exhibit ( 13 )

1

14- On 4-9-2021, again I have another harassment incident from Randall Kobza, during the work hours I was in in front of our department trying to backing up my car, Randall Kobza drove very fast and very close to me to park beside my car while there was a lot of empty spots in the parking lot, he was so close to my car that forced me to stop my car to prevent the incident, also when he parked beside my car he didn't left enough space between my car and his car, I couldn't even open my door to get out my car, he left two feet between my car and his car. I reported to HR and as usual no Action was taken. This showing the pervasive harassment and the continued offensive behaviors I was dealing with in the work space. See exhibit ( 14 )

15- On 5-3-2021 my coworker Michael Brown came up to me and told me that the legal department sent to him and other coworkers an email telling them "to not remove anything related to Mahmood's employment from their emails", "and he stated "the email sound bad and its look like they don't want to help me out"
I asked him to show me that email but he refused. So I would like to request subpoena of document, because that email will reveal the truth to the court.

16- On 5-25-2021, when I came to my desk in the morning around 7.30 am I saw all the trash in the shop get dumbed underneath my chair and my desk. I called my supervisor and showed him the hate and the harassment I was facing; he looked at it and kept silent and left to his office. On 6-30-2021, I reported this incident to HR and investigation department, and as usually no action has been taken. If the university wants to know who did that, they could easily found out, because we have a schedule for cleaning the shop every day, and if they checked the schedule they will found out who was harassing me but they didn't care. That's how the university supported and maintained the hostile work environment in the workplace which affected me mentally. some days when I wake up in the morning and heading to the work its look like I was heading to the jail. I have a witness his name Michael brown he saw the trash underneath my desk and the chair while all the shop was clean. See exhibit file ( 40 )

17- On 6-4-2021 my supervisor start retaliate against me when he started applying new policy on me when he asked me to request a work order before I start working on anything, which this never happened before he never told us that before. As I explained to HR usually when we found emergency issue we start working on it and then call the shop to request a work order, No action taken from the university, all this info documented on emails. I would like to request a motion of witness to my coworker Armando Ortiz to confirm what I am saying. I reported to HR, see exhibit ( 15 )

18- On 6-10-2021, I resubmitted a complaint about my supervisor's retaliation to the HR, see exhibit ( 16 )

1

19- On 6-15-2021, the university closed my complaint against my supervisor, that's clear evidence of retaliation from the university. see exhibit ( 17 )

20- On 7-13-2021, I called HR asking about the result of my complaints against Randall Kobza they send me email saying that they issued him a diversity online training on 7-13-2021 (after a year of Randall's harassment the university decided to issue a diversity online training, and its issued in the same day I asked about the result of investigation) obviously if I didn't ask about the investigation result they won't do anything about it. No write-up no discipline action!  see exhibit (  18  )

21- During the months of June and July of 2021,  I applied to three positions trying to get promotion but unfortunately the university retaliate against me and they did not selected me to the positions I applied for.  On  7-21-2021 I complained to the inclusion office and the investigation department about the discrimination in the hiring process telling them that I applied to get promotion in better position in my department and my supervisor chose my coworker who has lower skills than mine just because the seniority, based on what my supervisor told me," he chosed him based on seniority" also I included in my email that I applied to two other positions  and I didn't received even a phone call or email from the university as a response to my applications  saying I am not selected to those positions I applied for, No action taken from the university, all this info documented on emails. This is clear evidence of retaliation, see exhibit ( 19  )

22- On 7-28-2021 again I have another incident with Randal Kobza on the workplace he came to me and approached me in confrontation attitude and offensive body language, like someone who want to start a physical fight, while I was walking out the bathroom and he told me "Are you ok "  it was so weird because we never talked since the incident happened when he called me a terrorist,  he was harassing me and he tried to provoke me , this is clear evidence of the pervasive harassment and the hostile work environment I was dealing with, I reported to HR and as usual  No action taken from the university, all this info documented on emails, see exhibit ( 20  )

23- On 7-28-2021, I contacted HR and inclusion office, asking about the results of  the investigations because I was dealing with same hostile work environment and I told them it's getting even worst , see exhibit (  21 )


24- On 9-1 -2021, I sent email to university's employees included the president, HR, inclusion office and investigation department. I indicated all the incidents above that showing discrimination, harassment and retaliation I was facing at the university since I start work there, No action taken from the university, all this info documented on emails. I believe this mail was the reason behind my termination , see exhibit ( 22  )

1

25- On 9-3-2021, I emailed the investigation department asking them to provide answers to my questions about three cases Michael Rodriguez, my supervisor and Randall Kobza. Also I informed them that I had meeting with inclusion office regarding those three cases and they told me they can't pursuit any investigation that in process with the investigation department and I should contact the investigation department to ask. See exhibit ( 23 )

26- On 9-7-2021, the investigation department responds to me saying they didn't handle the complaint regarding Michael Rodriguez, and the inclusion office closed it on 10-22-2020.And they added my recent complaints regards my supervisor and Randall Kobza are still open. See Exhibit ( 24 )

Same day on 9-7-2021 I sent email to both departments inclusion office and investigation department also the president informed them. The inclusion office told me the case regarding Michael Rodriguez transferred to investigation department and they close it. And after I contacted the investigation department and asked them about Michael Rodriguez's case they told me they didn't handle that case and the inclusion office closed the case on 10-22-2020, also they added that both cases regarding Michael Rodriguez and Richard eaves still pending!!!  See exhibit (25)

Your Honor, if you see exhibits (23) , ( 24 ) and (25) above showing both departments passing the buck and didn't want to tell me the truth, Inclusion office told me Michael Rodriguez's case transferred to investigation department and they closed it. The investigation department told me they didn't handle Michael Rodriguez's case and the inclusion office closed the case on 10-22-2020.
Also the investigation department told me Randall kobza's case still open and I know the university closed that case on 7-13-2021 and they gave him diversity online training, see exhibit ( 24  ) in addition to that  he retired on September -1- 2021 so why his case still open!  that doesn't make any sense?!.
Also the investigation department told me that my supervisor's retaliation case still open and I know the university closed the case regarding my supervisor's retaliation on 6-15-2021, because I received email from Maali Mona intake with investigation department on 6-15-2021 saying the university closed the case regarding my supervisor's retaliation. See exhibit ( 17 )

From the above incidents its very clear conclusion that both departments were passing the buck and didn't want to tell me the truth and this is a very clear evidence of retaliation from the university.

1

27- On Thursday 9-9-2021 my supervisor issued a disciplinary letter to me this letter full of false information and accusations, he asked me to response to his letter on Friday 9-10-2021 the response should be I accept the letter and keep my job or resign.
see exhibit ( 26 )

28- On Friday 9-10-2021 I respond to my supervisor with email saying "I will respond to the disciplinary letter on Monday 9-13-2021 or Tuesday 9-14-2021 because I need more time". see exhibit ( 27 )

29- On Monday 9-13 -2021 my supervisor sent me intent of termination letter. See exhibit ( 28)

30- On the same day Monday 9-13-2021, I respond to my supervisor with disputation letter showing the false information and the accusations on his letter, see exhibit ( 29 )

31- On 9-17-2021 the university terminated my employment considered me insubordinate to my supervisor's instructions, because I disputed two folds in the disciplinary letter. Basically they want me to admit things I never did it or Resign, I would rather get terminated than admitting things I never did. See exhibit ( 30 )

32- I appealed the termination decision asking the university to corrected the disciplinary letter and remove the false information and the accusations so I can accept the letter but they refused. See exhibit ( 31 )

33- On 12-23-2021, I filed another charge of retaliation with EEOC against The University of Texas in Austin. Please see exhibit ( 32 )

34- I applied to unemployment with workforce commission and the university denied my unemployment.

35- The university responds to the workforce commission with two documents the first document saying they terminated my employment because "they realized I will be argumentative and accusatory" And the second document saying "that you didn't perform your work to the employer's standards although you was previously demonstrated you were capable of doing adequate work" Which both documents contradicted what the termination letter said. See exhibit ( 33 ) and See exhibit ( 41)

1

36- I was a patient with lone star Clinic behavioral health, since 4-21-2021 till 9-13-2021, I diagnosed with Anxiety disorder and major depressive disorder, because what I was dealing with in the university. The medical report showing my health condition related to the work place conflict. See exhibit ( 34 ) and exhibit ( 35 )

37- On 9-20-2022 I received right to sue letters for both charges (451-2021-01272) and (451-2021-03083) see exhibit ( 36 ) and exhibit ( 37 )

<u>Very important information</u>: your Honor, I would like to inform you that my supervisor accused me in the disciplinary letter saying that I called my coworker Bradly roger a liar also he accused me that I threated employee and used profanity word, which that not true, and that pushed me to dispute the disciplinary letter which leaded to terminated my employment.

<u>The disciplinary letter has three folds and I disputed two folds.</u>

> <u>First fold</u>: the university accused me that I threated HR employee and used profanity word during a phone call with HR Employee at UT health during a phone call when I was asking about my covid test Result, Which I denied it in my disputing letter.
>
> On 9-13-2021. <u>During the work force commission's hearing</u> Miss lowis the HR employee with UT Health department stated that I said F word during a phone call was made between me and her. I asked her if there is any witness was there heard me said F word through the speakers she answered NO, I asked her again if the phone call was recorded she answered No.
> Here it showing that the university took one side story and they believe her and did not believe me! Is that fair? Is that the right way to conduct investigation? This is clear evidence showing my employer's retaliation. Please listen to exhibit (audio digital evidence)
> The Hearing testimony I have it recorded its attached in flash ram labeled Mss. Lowis testimony.

1

By the law the university should provide enough evidence to establish their allegation, and since their evidence cannot meet its burden of proof, they should accept my disputing letter because their allegation based on insufficient evidence, and retaliation.

<u>Second fold</u> : The university want to punish me because on 9-1-2021 I sent email to my coworkers and UT employees included HR and Investigation department, in that email I mentioned to all the Harassment, retaliation and discrimination I was facing since I start working there. See exhibit ( 22 )
Basically they are retaliate against me because I was complaining about discrimination instead protected me, and they put that in written.

<u>Third fold</u>: my supervisor accused me in the disciplinary letter saying I called my coworker Bradly roger a liar. <u>During the work force commission's hearing</u> I asked my supervisor If he heard me I called my coworker Bradly roger a liar he answer "I can't swear that I heard you said that word"  so here you can see that my supervisor contradicting himself because in the disciplinary letter he accused me that I called Bradley Rogers a lair, and in his testimony he said  ( No ),  Please listen to exhibit (audio digital evidence) my supervisor testimony I have it recorded, it attached in flash ram labeled my supervisor testimony.
In addition to that I have a witness his name Stephen freeman I texted him and asked him if he heard me called Bradly Roger a liar he texted me back and said "No sir I didn't hear that" I took screen shot and attached it my disputing letter and send it to HR to show them that my supervisor wasn't saying the truth, and as usual they didn't care. Please see exhibit ( 38 )

1

Your Honor, from the incidents above you can assess the hostile work environment I was dealing with, also you can see the double standards that the university conducting between me and Randall kobza. After all the harassment and discrimination comments he made with me they issued him a diversity online training, and I received a disciplinary letter full of accusations and false information, and they terminated my employment because I disputed that letter.

Your Honor, I believe The University of Texas in Austin violated the civil law Title VII of the Civil Rights Act of 1964 (42 USC §§ 2000e et seq.) Employment Discrimination on the basis of race, color, sex (gender, pregnancy and sexual harassment), religion or national origin, by maintaining Hostile work environment, pervasive harassment, discrimination and Retaliation, also allowed unwelcome comments in the workplace are sufficiently severe, those harassments incidents was occurring consistently and purposefully with me which violated my rights and makes it so hard to do my work.

I am suing the University of Texas in Austin for discrimination, maintaining hostile work environment , harassment, Retaliation and wrongful termination. From the evidence above the University violated the civil law Title VII of the Civil Rights Act of 1964 (42 USC §§ 2000e et seq.) Employment Discrimination on the basis of race, color, sex (gender, pregnancy and sexual harassment), religion or national origin

Here I am asking your Honor to request a jury to serve my trial.

Best Regards

1

## Legal Conclusions

Based on Title VII religion, race, origin, national claim, the Plaintiff was able to prove the following elements to make out a prima facie case:
(1) Plaintiff a member of a protected class;
(2) Plaintiff qualified for his position; see exhibit (1)
(3) Plaintiff suffered an adverse employment action. See evidence attachment files
(4) The adverse action occurred under circumstances giving rise to an inference of discrimination, during the assessment. After plaintiff filed a charge of discrimination with EEOC on 4-6-2021, the plaintiff starts facing harassment and retaliation which leaded to employment termination. plaintiff able to prove the elements required to establish a prima facie case of religious discrimination as he was subjected to different treatment, see exhibit (8)  also exhibit (9) and (10)

Based on Title VII retaliation the Plaintiff was able to prove the following elements to make out a prima facie case:
(1) Plaintiff proved what he reasonably and in good faith believed to be an unlawful employment practice or plaintiff participated in the EEOC process; the plaintiff complained multiple times about the harassment, discrimination and retaliation. Also he was under protected activates when he filed with EEOC on 4-6-2021.
(2) The employer subjected the plaintiff to adverse treatment; which they forced him to accept disciplinary letter was full of accusation or resign.
(3) There was a causal connection between the plaintiff's protected activity and the adverse treatment during the assessment.
(4) The employer knew and known of the harassment and failed to take adequate remedial action. Id. at 678
There was multiple causal incidents connected during the assessment and ended up with employment termination, you can read all the incidents after the plaintiff filed with EEOC on 4-6 -2021, with all the information above the plaintiff was able to prove the elements required to establish a prima facie case of retaliation.

1

Based on E.E.O.C "the conduct complained of must be both objectively and subjectively offensive" E.E.O.C. v. WC&M Enterprises, Inc., 496 F.3d 393, 399 (5th Cir. 2007). The plaintiff perceives the environment as hostile, the conduct also.

To determine whether the plaintiff work environment was objectively offensive, courts consider the totality of the circumstances including

1-Frequently of the discriminatory conduct
2- Its severity
3- Whether it is humiliating or an offensive utterance,
4- Whether it interferes with an employee's work performance.

There is more than one factor above can be determine and give rise to a viable title VII claim as well as a continuous pattern of much severe incidents of harassment. See attached evidence documents provided.

The plaintiff established that the employer
(1) Knew or should have known of the harassment in question, and
(2) failed to take prompt remedial measures.  See Hill v. New Alenco Windows, Ltd., 716 F. Supp. 2d 582, 601 (S.D. Tex. 2009);

Plaintiff. Hill, 716 F. 3d at 602. The make a prima facie hostile work environment claim could showing that the employer failed to take action against a known harassment issue.

Attachments
41 Attachment files and flash ram have three digital audio recorded testimonies belong to Ms. Lowis HR employee, Richard Eaves and Mahmood Altabra

8b. List any **witnesses** who would testify for plaintiff to support plaintiff's allegations and the substance of their testimony:

Michael Brown : he is witnessed the incident related terrorist comment on 2-26-2021

Stephen Freeman : he witnessed the incident on 9-9-2021 with Bradly roger, he can confirm that I didn't call Bradly roger a liar

Armando Ortiz: he can be witness to show that 6-4-2021 my supervisor start retaliate against me when he started applying new policy on me,

Because he knows we usually start do the work when we found emergency issue, after that we request the work order and that was normal daily thing we been doing, which that will prove my supervisor starting applying new policy on me after I filed charge of discrimination with EEOC .

---

8c. List any **documentation** that would support plaintiff's allegations and explain what the documents will prove:

Attachments
41 Attachment files and flash ram have three digital audio recorded testimonies belong to Ms. Lowis HR employee, Richard Eaves and Mahmood Altabra

1

9.  The above acts or omissions set forth in paragraphs 7 and 8 are:

    [ ]  still being committed by defendant.
    [X]  no longer being committed by defendant.

10. Plaintiff should attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission.   This charge is submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

[ ] Defendant be directed to employ plaintiff.

[X] Defendant be directed to re-employ plaintiff.

[ ] Defendant be directed to promote plaintiff.

[X] Defendant be directed to  compensate for all the damage the defendant cased from waste wages, mental damage, unemployment wages , loss of education opportunity also health insurance expenses
and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

11-28-2022
Date

_[signature]_
Signature of Plaintiff

4008 Ignacio Drive
Address of Plaintiff

| Austin | Texas | 78744 |
|---|---|---|
| City | State | Zip Code |

Telephone Number(s) 512-822-9654

1