# The University of Texas at Austin
## Annual Performance Evaluation
### For Team Leader, Technical Professional, Technician, and Administrative Staff

Evaluation Period: 5/1/2020 to 4/30/2021

Employee Name: Al Tabra, Mahmood

EID: mha953

Job Title: Instrumentation & Controls Technician I

Department: Facilities Operations & Maintenance

| 1.0 Significantly Below Standards | 2.0 Below Standards | 3.0 Meets Standards | 4.0 Exceeds Standards | 5.0 Significantly Exceeds Standards |
|---|---|---|---|---|

### SAFETY COMPETENCY    Score: 4

| | | | | |
|---|---|---|---|---|
| • Lacks basic safety knowledge.<br>• Fails to follow safe work practices; takes unnecessary risks.<br>• Tolerates unsafe practices and conditions; fails to report unsafe conditions or situations, incidents, and injuries.<br>• Fails to complete required safety training on time.<br>• Inhibits or hinders safety culture; fails to cooperate with safety representatives. | | • Has thorough knowledge of safe work practices, duties, and responsibilities.<br>• Demonstrates safe work practices; properly uses PPE and other safety equipment.<br>• Recognizes, evaluates, and controls safety risks; promptly reports unsafe conditions or situations, incidents, and injuries.<br>• Completes required safety training on time.<br>• Promotes safety awareness; intervenes as appropriate to enforce safety standards; cooperates with safety representatives. | | • Recognized safety expert; sought after to address difficult safety situations.<br>• Exemplifies safe work practices; actively encourages others to follow safe work practices.<br>• Vigilantly aware of safety risks; anticipates unsafe conditions and proactively mitigates hazards.<br>• Seeks out additional safety education classes; facilitates training of others.<br>• Inspires safety culture in others and champions safety efforts; volunteers as safety committee member or work unit safety representative. |

### PROFESSIONAL KNOWLEDGE / EXPERTISE COMPETENCY    Score: 4

| | | | | |
|---|---|---|---|---|
| • Lacks basic professional/technical knowledge to perform effectively; fails to seek guidance when needed.<br>• Allows required licenses or certifications to lapse.<br>• Does not seek opportunities to develop professionally; does not complete training requirements on time.<br>• Does not stay current with new concepts, processes, and tools related to job responsibilities.<br>• Fails to share or report professional knowledge. | | • Uses professional/technical knowledge to competently and reliably perform both routine and new tasks; seeks guidance as needed.<br>• Maintains required licenses and certifications without lapse, if applicable.<br>• Steadily improves skills; meets training requirements on time.<br>• Stays current with new concepts, processes, and tools related to job responsibilities.<br>• Shares and reports professional knowledge that can be transferred to others. | | • Solves difficult problems and uses knowledge to mentor others; is recognized as an expert.<br>• Obtains additional or advanced qualifications.<br>• Proactively seeks opportunities to improve professionally; completes training requirements early/with distinction.<br>• Develops, applies, and teaches innovative concepts, processes, and tools related to job responsibilities.<br>• Effectively documents professional knowledge to transfer to others. |

THE UNIVERSITY OF TEXAS AT AUSTIN PERFORMANCE EVALUATION (cont'd)

| 1.0 Significantly Below Standards | 2.0 Below Standards | 3.0 Meets Standards | 4.0 Exceeds Standards | 5.0 Significantly Exceeds Standards |
|---|---|---|---|---|

## QUALITY OF WORK / PRODUCTIVITY COMPETENCY                                    Score:   4

| | | |
|---|---|---|
| • Produces poor quality work; frequently fails to meet speed and accuracy standards.<br>• Wastes time, resources, and energy on efforts that do not support work unit priorities; fails to meet productivity goals.<br>• Needs excessive supervision to accomplish job responsibilities.<br>• Does not learn from mistakes. | • Produces quality work, with few errors and very little rework; productivity balances speed and accuracy.<br>• Ensures time, resources, energy, and efforts are focused on work unit priorities; meets productivity goals.<br>• Needs little supervision; seeks out advice, help, and information when needed to accomplish responsibilities.<br>• Learns from mistakes and applies lessons learned. | • Produces exceptional quality work; achieves excellence in performing by surpassing established standards.<br>• Expertly manages time, resources, energy and efforts to maximize own and work unit productivity.<br>• Needs no supervision; is sought out by others for advice, help, and information to accomplish work unit priorities.<br>• Suggests, develops, and implements best practices for work unit based on lessons learned. |

## PROFESSIONALISM / CHARACTER COMPETENCY                                    Score:   4

| | | |
|---|---|---|
| • Fails to adhere to departmental or work unit expectations; lacks professional demeanor.<br>• Displays unethical, dishonest, or untrustworthy behaviors.<br>• Lacks ability to cope with or tolerate stress.<br>• Fails to demonstrate department core values.<br>• Demonstrates exclusionary behavior; fails to value diversity. | • Adheres to departmental and work unit expectations, including uniform/dress code, punctuality, breaks, etc.; displays a professional demeanor.<br>• Builds trust with others; demonstrates honest and ethical behaviors.<br>• Performs well in stressful situations.<br>• Demonstrates department core values of Service, Integrity, Teamwork, Excellence, and Stewardship through performance and behaviors.<br>• Demonstrates an attitude of respect and inclusion for cultural differences. | • Exemplifies professional image and demeanor; sets the example for adherence to departmental and work unit expectations.<br>• Promotes an honest, trusting, and respectful environment in which ethical concerns can be addressed.<br>• Perseveres through the toughest challenges and inspires others.<br>• Promotes and models commitment to department core values through exemplary performance and behaviors.<br>• Fosters atmosphere of acceptance and inclusion; shows respect for and values diversity. |

THE UNIVERSITY OF TEXAS AT AUSTIN PERFORMANCE EVALUATION (cont'd)

| 1.0 Significantly Below Standards | 2.0 Below Standards | 3.0 Meets Standards | 4.0 Exceeds Standards | 5.0 Significantly Exceeds Standards |
|---|---|---|---|---|

## PLANNING AND INITIATIVE COMPETENCY                    Score: 4

| | | |
|---|---|---|
| • Lacks initiative.<br>• Needs prodding to complete tasks and assignments.<br>• Plans/prioritizes poorly; fails to adapt to changing plans.<br>• Does not adjust appropriately to unforeseen conditions.<br>• Avoids, complains about, or resists accepting tasks and responsibilities. | • Takes initiative to meet work unit goals.<br>• Productive and motivated; completes tasks and assignments fully and on time.<br>• Plans/prioritizes effectively; adapts to changes in the plan.<br>• Adjusts appropriately to unforeseen conditions.<br>• Willingly accepts tasks and responsibilities. | • Develops innovative ways to meet/exceed work unit goals.<br>• Completes tasks and assignments early and far better than expected; is an energetic self-starter.<br>• Plans/prioritizes with exceptional skill and foresight; anticipates and adapts to changes in the plan.<br>• Anticipates and adjusts appropriately to unforeseen conditions.<br>• Seeks extra responsibility and takes on the hardest jobs. |

## PROBLEM SOLVING, DECISION MAKING, AND CRITICAL THINKING COMPETENCY    Score: 4

| | | |
|---|---|---|
| • Unable to identify and prioritize problems.<br>• Fails to gather appropriate information in decision making.<br>• Does not consider risks and benefits of alternative approaches.<br>• Uses poor judgment when making decisions.<br>• Does not review past decisions. | • Recognizes and assesses routine problems and implements appropriate solutions.<br>• Identifies, obtains, and organizes relevant information to solve problems/make decisions.<br>• Considers the risks and benefits of alternative approaches when making decisions.<br>• Appropriately adapts decision-making techniques to fit the situation; uses sound judgement.<br>• Evaluates past decisions and captures lessons learned to improve decision making. | • Recognizes and assesses complex problems and implements appropriate or innovative solutions; anticipates potential problems.<br>• Effortlessly differentiates between facts, assumptions, and opinions; is recognized as a source for relevant information to more effectively solve problems/make decisions.<br>• Analyzes the risks and benefits of alternative approaches when solving problems/making decisions to consistently maximize effectiveness.<br>• Seamlessly adapts decision-making techniques to fit the situation and achieve desired results.<br>• Proactively analyzes and evaluates decisions to improve work unit processes. |

## EFFECTIVE COMMUNICATIONS COMPETENCY                    Score: 4

| | | |
|---|---|---|
| • Is not respectful or polite when dealing with clients, management, or peers; receives complaints; intentionally antagonizes others.<br>• Displays anger, frustration or is unwilling to compromise when faced with different opinions/disagreements.<br>• Does not focus on topic being discussed; is disruptive or adds unrelated information.<br>• Fails to communicate clearly with clients, management, and peers; uses technical terms when they are not appropriate.<br>• Does not accept helpful feedback without interrupting or taking offense.<br>• Disrespects confidentiality; spreads rumors and gossip.<br>• Fails to appropriately communicate important information. | • Communicates respectfully and politely with clients, management, and peers.<br>• Respectfully discusses issues to resolve disagreements; considers the opinions of others.<br>• Pays attention and maintains focus on topic being discussed.<br>• Communicates clearly with clients, management, and peers; avoids technical terms when they are not appropriate.<br>• Accepts and offers helpful feedback.<br>• Respects confidentiality and privacy.<br>• Communicates important information and follows up with clients, management, and peers, as appropriate. | • Exemplifies courtesy and respect; builds trust with others; receives compliments.<br>• Actively engages and helps others resolve disagreements or differences of opinion; maintains a calm demeanor; de-escalates conflict.<br>• Remains focused on topic being discussed and constructively participates.<br>• Considers the audience and adapts the message to fit the situation; is an exceptional communicator with clients, management, and peers.<br>• Seeks out, accepts, and acts on helpful feedback; creates safe environment for meaningful, relevant feedback without offending others.<br>• Actively upholds confidentiality and privacy; intentionally corrects, eliminates, and/or redirects rumors/gossip.<br>• Proactively communicates important information as well as potential related issues and roadblocks; presents possible solutions. |

THE UNIVERSITY OF TEXAS AT AUSTIN PERFORMANCE EVALUATION (cont'd)

| 1.0 Significantly Below Standards | 2.0 Below Standards | 3.0 Meets Standards | 4.0 Exceeds Standards | 5.0 Significantly Exceeds Standards |
|---|---|---|---|---|

## SERVICE EXCELLENCE COMPETENCY                                                   Score:    4

| | | |
|---|---|---|
| • Does not meet customer expectations; receives negative feedback from customers.<br>• Fails to acknowledge or appropriately address customer issues.<br>• Fails to resolve common customer problems.<br>• Displays disrespectful, inconsiderate, or uncaring attitude. | • Effectively meets customer expectations.<br>• Skillfully and tactfully acknowledges and appropriately addresses customer issues.<br>• Satisfactorily resolves common customer problems.<br>• Consistently displays a courteous, considerate, and helpful attitude. | • Consistently exceeds customer expectations; receives positive feedback from customers, both verbally and in writing.<br>• Expertly manages even the most challenging customer situations.<br>• Works with clients to address critical issues and resolve major problems.<br>• Exemplifies a professional attitude; sets the example for delivering excellent customer service. |

## TEAMWORK COMPETENCY                                                             Score:    3

| | | |
|---|---|---|
| • Creates conflict; is unwilling to work with others; puts self above team.<br>• Fails to participate; unwilling to share information, knowledge, or experiences.<br>• Lacks understanding of team member roles and responsibilities.<br>• Does not fulfill individual responsibilities; is unwilling to help others. | • Works well with others; demonstrates open, respectful, accepting, and supportive behaviors with team members.<br>• Shares information, knowledge, and experiences openly and proactively; actively participates in team meetings and initiatives.<br>• Understands team member roles and responsibilities and how they contribute to achieving team goals.<br>• Supports team mission by fulfilling individual responsibilities, assisting others with theirs, and/or fulfilling them in their absence. | • Promotes cooperation and collaboration; helps to remove barriers and resolve conflict within team; trusted and respected member of the team.<br>• Encourages team unity through sharing information or expertise; actively contributes to and values success of team over self-interests.<br>• Helps others to understand team member roles and responsibilities and how they can better contribute to achieving team goals.<br>• Consistently accepts additional responsibilities to ensure accomplishment of team mission. |

THE UNIVERSITY OF TEXAS AT AUSTIN PERFORMANCE EVALUATION (cont'd)

**COMMENTS ON PERFORMANCE**  All 1.0 and 2.0 marks must be substantiated and verifiable.

Mahmood as we discussed before  you are scheduled to start your shift at 7:30 am. It has been noted that you drive your personal vehicle into the facilities compound at or about 7:30 am and park. You then come into the shop get your folder and return to your vehicle and go park it at a different location. returning  to the shop to get ready to work. I would like for this behavior to be corrected.

Another issue I would like to mention during this review is driving university owned vehicles off campus for personal use, such as going to the Valero located at 2101 Manor road. . Lets stay on course and use university owned vehicle for  university operations.

I would like to also mention that you are doing a good job in completing your work orders, would like for you to improve on contacting the requestor  when you arrive to address their issue and again before you leave so you can update them as to what to place or what is needed to correct the issue that was reported.

| COMPETENCY AVERAGE RATING SCALE | |
|---|---|
| Significantly Below Standards | 1.00– 1.49 |
| Below Standards | 1.50 – 2.49 |
| Meets Standards | 2.50 – 3.49 |
| Exceeds Standards | 3.50 – 4.49 |
| Significantly Exceeds Standards | 4.50 – 5.00 |

## COMPETENCY AVERAGE

| 3.89 |
|---|

THE UNIVERSITY OF TEXAS AT AUSTIN PERFORMANCE EVALUATION (cont'd)

| SUPERVISOR/EVALUATOR INFORMATION | |
|---|---|
| Evaluator Name: | Eaves, Richard |
| Title: | Technical Trades Supervisor |
| Signature: | R. Eaves |
| Date: | 5/20/21 |

| EMPLOYEE INFORMATION | |
|---|---|
| Employee Name: Al Tabra, Mahmood | EID: mha953 |
| Title:  Instrumentation & Controls Technician I | |

## EMPLOYEE COMMENTS (Optional)

In the space below, please enter any comments on this evaluation (optional). Your comments are part of the appraisal and will be included in your personnel file.

| | |
|---|---|
| Employee Signature: | |
| Date: | 5-20-2021 |
| Yes   No | I would like the following sections reviewed and responded to by a second-line supervisor    (list sections, here) |

## SECOND-LINE SUPERVISOR REVIEW

In the space below, please enter any comments on this evaluation (optional).

| | |
|---|---|
| Evaluator's Supervisor: Adcock, Zachary | |
| Signature: | |
| Date: | |

Mail below showing my complaint on 7-3-2020. Against debbi Manning and Randal Kobza .

**From:**Al TABRA, Mahmood <mahmood.tabra@austin.utexas.edu>
**Sent:**Friday, July 3, 2020 8:58 AM
**To:**Eaves, Richard D
**Subject:**language discrimination

Good Morning sir. I have issue with Debbie two months ago I heard her talking disrespectfully about me in the office because how I write the information in the work order she acting like she cannot understand what I write, today happened the same issue I get to the office and she was acting frustrating about my work order and she was asking brad to read it and she was saying she can't understand what I write. Another incident we were walking outside the shop me and her and Armando and I was talking and she interrupted me and start correct how I talk, she understood what I was saying but she just want to humiliate me, I faced a lot of people like here and I am tired of this.
 another incident with another employee we were talking in the shop me and Rodney and Armando and randy and I was laughing, randy come over to me and told me "you are the only person laughing here do you know why " I said why ? he respond "the language barrier" also there is more incident I don't want to mentioned to it now. I hate to say this is considered language discrimination but unfortunately it is.
Dear sir after all what I bin through in this five years in USA I will never ever let someone messing with me.
they need to know I have two languages and English language is my second, also I have a bachelor Degree, if we have work order system which is how it supposed to be a lot of people will find themselves useless.

They need to leave me alone , when I came her everyone was talking shit about Waleed on his back . we need to stop gossiping, if I hear someone talking in a bad way about me on my back I will escalate it. I am not Waleed.

Very Respectfully

**From:** Al TABRA, Mahmood
**Sent:** Monday, March 22, 2021 11:35:41 AM
**To:** Maali, Mona B <Mona.Maali@austin.utexas.edu>
**Subject:** correction Intake Checklist


Good morning. can you please add and correct the info below ,

Best


1-Correction Added my complaint on july-3  2020 in  ( page number 2-5 )

2-Correction Added maicheal rodreguse in   ( page 1 )


3-incident below was on September or December 2021 not In September or October of 2019, CP and RP Kobza were in a parking lot on campus. After RP Kobza gave CP a "dirty look," CP asked RP, "Hey man, why do you hate me?" RP responded, "I don't hate you, fucking Arab." CP did not report this incident to anyone
correction  ( page 2  date correction )


4-after the last incident on 2-26-2021 with randy kopza CP said he was told by HRSS that he and RP Kobza would be separated in their employment, but CP continues to encounter RP Kobza at work. "I'm mad, and he's mad too. I don't think it's right that we be close. Anything could happen. It could escalate." CP worries about escalation from RP Kobza because RP Kobza's body language and attitude towards CP at work as of late demonstrate RP Kobza is mad about the situation. • CP also described an incident involving "Debbie," another colleague in
correction adding date  ( page 3 )

5-Since making the OIE complaint, CP has not received work orders from RP Eaves for stadium building which where micheal rodreguse working its obvious that maicheal rodreguse  asked Richard eaves to not send CP mahmood to that building and another thing confirmed that Cp stated that his coworker Amando Ortiz told him that he got band from the athletic building because maicheal  Rodreguze don't want him there.
Correction  ( page 3 )


6-Add correction to the page 4 . about providing a cars to three employees got hired after me . my supervisor could use excuse that HVAC carry more tools , I just want to add that the only extra tools they have to carry  is the torch and oxygen bottle and those could carry by the buggy and if about unit replacement that will won't be everyday it will be maybe once a year and we can use any car available that moment. And its doesn't make any sense that three employees got hired after me all get cars and I am still riding buggy this situation its very obvious and its doesn't need investigation.
Correction ( page 4 )

**3**

Thank you for your time

**From:** Maali, Mona B <Mona.Maali@austin.utexas.edu>
**Sent:** Friday, March 19, 2021 2:02 PM
**To:** Al TABRA, Mahmood <mahmood.tabra@austin.utexas.edu>
**Subject:** DIA Intake Checklist for your review

Dear Mahmood,

I hope you are well. Thank you again for speaking to me about your concerns. As discussed, I have attached the Intake Checklist, including Supplemental Notes, of our meetings. Please review this document, and sign and return it to me by **Monday, March 22, 2021.** If you would prefer, you can also reply to this email with a statement acknowledging that you have reviewed the document, and that will act as your signature.

I have also attached the applicable Non-Discrimination Policy (HOP 3-3020) for your reference.

Sincerely,

Mona


**MONA B. MAALI** | Intake Analyst | Department of Investigation and Adjudication
University Compliance Services | dia.compliance.utexas.edu | 512-471-3701
The University of Texas at Austin

**4**

**Email below showing my complaint against Michael rodregoz**

Al TABRA, Mahmood <mahmood.tabra@austin.utexas.edu>

Wed 9/15/2021 13:54

To: Services Center, Human Resources <hrsc-prod@austin.utexas.edu>; HRSS Employee Relations <HRSS-ER@austin.utexas.edu>; FAS HR Support Services - Employee Relations Team <hrss-emprel@austin.utexas.edu>; President Jay Hartzell <president.hartzell@austin.utexas.edu>; Griffin, Scott <scott.griffin@austin.utexas.edu>; Hale, Darren R <darren.hale@austin.utexas.edu>; Sharp, Deborah <deborah.sharp@austin.utexas.edu>; Lantiegne, Calysta <calysta.lantiegne@austin.utexas.edu>; Title IX <titleix@austin.utexas.edu>; Adcock, Zachary C <Zachary.Adcock@austin.utexas.edu>; Eaves, Richard D <richard.eaves@austin.utexas.edu>; mahmood tabra <s.tabra@hotmail.com>; Rodriguez, Michael <Michael.Rodriguez@athletics.utexas.edu>

My supervisor asked me to move to zone1 in the same day I got bullied by Michael Rodregos at the stadium, and since that day till today I get banned from doing work at the stadium building, if you check the work order assignments, you will see I got banned from the stadium since September-2-2020.

_____

See my complaint below against Michael Rodregos to the inclusion office, on September-2-2020 . Since the day I complained till today I never received a response from the inclusion office. Not just that I asked sharp Deborah the inclusion office manager about the results of my complaint she stated that DIA closed the case and then I asked DIA about the results of the investigation the DIA said that the inclusion office closed the case . And here we go, my complaint still without a result. I shared the back and forth emails between me and inclusion office and DIA department in my disputing letter, it's Hilarious what's going on.

**From:**oie@austin.utexas.edu <oie@austin.utexas.edu>
**Sent:**Friday, September 4, 2020 11:30 AM
**To:**Al TABRA, Mahmood
**Subject:**Office of Inclusion and Equity Report…

Thank you for reporting this incident. Below is a copy for your records.

Incident Date: September 2, 2020 at 9:00 AM

Incident Description: Dear sir, mad,miss. I would like to inform you about couple accidents happened with me during the time I was working at UT.
I will start from the last incident on 9-2-2020
I received a work order to go do work at the stadium I texted and called the building manager miacheal rodregoz to inform him that I am there to do PM he texted me and called me and keep asking me that what I am doing there And the way he was talking was so aggressive he was asking me about my technical Stuff that he don't know about it basically he was interfering in my work. I asked him that why he arguing with me every time I go there and he hang off the phone on my face. this is

not the first time he does that there is another accident happened 3 months ago for the same thing I went to the stadium and he asked me that I need to get back to the shop and leave that work , I told him this work order assigned to me and he start yelling on the phone and he called my supervisor and asked him to change the work order assignment. Another accident with miacheal rodregoz three weeks ago I went to install the VFD and he saw me there and he start asking me that what I am doing there ! And I told him I have work order for the VFD he said we already knew about it it's bad we don't need you to be here and he said that he not going to pay for those hours that I was there to Diagnose the problem. anyway I get back to the shop and I went the next day and replace the VFD. Honestly I start feeling miacheal rodregoz targeting me and trying to make problems with me and the way he talking to me very disrespectful.

The last incident with miacheal rodregoz on 9-2-20 the same day when I get back to the shop my supervisor asked me that if I want to move to zone 1 which is obvious he asked me that question because miacheal rodregoz complained about me . Today 9-4-20 I went to zone 1 and have a tour there with Toni Le and Enrique the two I&C guys who work there. But I decided to stay in zone 3 . I start feel that my supervisor start pushing me out from my job instead ask miacheal rodregoz to show respect when he talk to me.

i didn't do anything wrong I always go to stadium to do work based on the work order I received.

( I am asking the university to step in and take action against Michael rodregoz for the harassment and the bullying he was conducting with me )


See the texts message happened between me and miacheal rodregoz on 9-2-20 as attached file.



VAV pm. 

What?

VAV

VAVs

variable air volume (VAV)

That located in the ceiling controlled by thermostat

You hang out the phon on my face while I was talking to you !!!!! you can't do that this is unprofessional and totally disrespectful. We are not friends and we were talking about something relating to the work.

   

       

**This Mail showing my supervisor when he asked me to move to zone1** 

## Al TABRA, Mahmood <mahmood.tabra@austin.utexas.edu>

Wed 9/15/2021 11:30

To: Services Center, Human Resources <hrsc-prod@austin.utexas.edu>; HRSS Employee Relations <HRSS-ER@austin.utexas.edu>; FAS HR Support Services - Employee Relations Team <hrss-emprel@austin.utexas.edu>; President Jay Hartzell <president.hartzell@utexas.edu>; Griffin, Scott <scott.griffin@austin.utexas.edu>; Hale, Darren R <darren.hale@austin.utexas.edu>; Sharp, Deborah <deborah.sharp@austin.utexas.edu>; Lantiegne, Calysta <calysta.lantiegne@austin.utexas.edu>; Title IX <titleix@austin.utexas.edu>; Eaves, Richard D <richard.eaves@austin.utexas.edu>; Adcock, Zachary C <Zachary.Adcock@austin.utexas.edu>; mahmood tabra <s.tabra@hotmail.com>

Email below showing when I rejected my supervisor's request when he asked me to move to zone1 , and that's when his retaliation started.

————

**From:** Al TABRA, Mahmood <mahmood.tabra@austin.utexas.edu>
**Sent:** Friday, September 4, 2020 11:41 AM
**To:** Eaves, Richard D
**Subject:** Moving to zone 1

Dear sir. On 9-2-20 you asked me if I want to move to zone 1, I met the I@C control technicians there today and I decided to stay in zone 3 .

Thank you so much for the offer I

## My complaint to HR on February-26-2021



Al TABRA, Mahmood <mahmood.tabra@austin.utexas.edu>

Thu 9/16/2021 8:24

To: Services Center, Human Resources <hrsc-prod@austin.utexas.edu>; HRSS Employee Relations <HRSS-ER@austin.utexas.edu>; FAS HR Support Services - Employee Relations Team <hrss-emprel@austin.utexas.edu>; President Jay Hartzell <president.hartzell@utexas.edu>; Griffin, Scott <scott.griffin@austin.utexas.edu>; Hale, Darren R <darren.hale@austin.utexas.edu>; Sharp, Deborah <deborah.sharp@austin.utexas.edu>; Lantiegne, Calysta <calysta.lantiegne@austin.utexas.edu>; Title IX <titleix@austin.utexas.edu>; Eaves, Richard D <richard.eaves@austin.utexas.edu>; Adcock, Zachary C <Zachary.Adcock@austin.utexas.edu>; mahmood tabra <s.tabra@hotmail.com>

The email Below showing my complaint to HR on 2-26-2021 . And all what they did is gave Randal Kobza diversity online training.

**From:** Al TABRA, Mahmood <mahmood.tabra@austin.utexas.edu>
**Sent:** Friday, February 26, 2021 4:19 PM
**To:** HR Support Services; Eaves, Richard D
**Subject:** My coworker called me a terrorist

Today 2-26-2021 , around 3.45 pm I was talking with my coworker mike at that moment another coworker his name Randy came and engaged in our conversation and he said to me "I looked out you on google I found out that you are terrorist and you blow up and child care building back there" he meant in IRAQ . I have another coworker his name Adam heard all the conversation.

I am tired of this I moved from St.Edward university and City of Austin because of this. where I go now?



**Michael E Brown**

| | |
|---|---|
| **From:** | Michael E Brown |
| **Sent:** | Monday, March 1, 2021 8:44 AM |
| **To:** | Eaves, Richard D; Michael E Brown |
| **Subject:** | hate speech incident |

Dear Richard Eaves,

I am writing to describe what I consider a hate speech incident I witnessed perpetrated by Randy against Mahmood.

Near end-of-shift for all involved parties on Friday, February 26, 2021, ~~Randy interrupted a conversation between Mahmood and I saying something to the effect of, and certainly in a targeted manner, that he "Googled" Mahmood and that he is a terrorist, or some variation. Mahmood told him, "I'm not a terrorist."~~ He then walked outside the north side of FC3 1.400. Distraught, Mahmood questioned what he should do, as he encounters this racism everywhere he goes—in public, and in workplaces he has left due to Islamophobia. Randy returned from outside and sat across from Mahmood. Mahmood then stated there was going to be a "party." "What for?" Randy inquired. "You'll find out" or " you'll see," Mahmood replied. Then Mahmood stated to Randy "calling an Arabic person a 'terrorist' is like calling a black person a 'n*****'." " What did you say?" Randy asked. "You heard me." Mahmood responded. At this point it was close to 4PM and time to leave.

I believe Randy did not intend for his hateful statement to be interpreted as fact by his audience--there is still no excuse for it. I believe Mahmood's treatment by Randy, as well as by other personnel and an environment of hate fostered by commonplace indifference to issues regarding Islamophobia, xenophobia and racism should be considered should Mahmood be cited for his vague comment about a "party". While I do not agree with Mahmood's using the n-word or that his comparison is 100% accurate, I believe he meant no harm when saying it.

It is important that you and the command chain know **THIS IS NOT AN ISOLATED INCIDENT**. It is brushed off, ~~laughed~~ off nearly **EVERY DAY**.

Sincerely

*Michael Brown*

Michael Brown

1

## Fwd: Example showing how I treated differently in my department

Al TABRA, Mahmood <mahmood.tabra@austin.utexas.edu>

Sun 9/19/2021 15:41

To: mahmood tabra <s.tabra@hotmail.com>

Get Outlook for iOS

**From:** Al TABRA, Mahmood
**Sent:** Monday, March 8, 2021 8:38:18 PM
**To:** Maali, Mona B <Mona.Maali@austin.utexas.edu>; Sharp, Deborah <deborah.sharp@austin.utexas.edu>
**Subject:** Example showing how I treated differently in my department

Good evening, in this mail I want to show you how my supervisor treating me differently. The are three employees got hired after me ( EJ Torrez, Jason Floyd and Adam Serna) all those guys got cars to ride in and off campus , the only person who ride a buggy is me after year and a half of my employment , my buggy# 3178,  Also I would like to add that I ride in and off campus because we have couple buildings off campus I go to take care of ( UTS , UTA, BFL, IC2, MR1 ) and when I go to those buildings I have to borrow a car from someone and if no car available I can't do my job.

Below my three employees who got hired after me.
1- E.j Torrez's car # 162
2- Jason Floyd's car # 3823
3- Adam serna's car # 148

See pictures below showing everyone's car, I want to mention that Adam serna they didn't update his car number in the sheet but he is riding #148.

I am emailing you this information not to gain a car to rid, even if Richard eaves trying to give me one of my coworker's car I won't accept it now , because it's to late to do the right thing, and I don't trust my supervisor anymore.

Do I need to complain to get me simple right ???
If I couldn't get my simple right which is ride a car like my other coworkers, how about promotion and evaluation ??
I don't believe that my supervisor will Select me for better position in the future like promotion or for training or anything like that.

After all what my supervisor did with me , I lost my trust in him. And I don't know how you will solve this issue, I hope not like how it's common in the university, ( outcome desire) moving the employees to other department and keeping the supervisors.

Best

Mail - manhhood table - Outlook

8

D 5
Richard

| Employee Name | ID # | Schedule | Hours Worked | | | | Trade | Radio | EID | Cell | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AJ Torres, Manuel | 16078 | M-F | 7:30 - 4:00 | | | | I & C Technician | 497 | arb4444 | 512 967-5086 | 3863 |
| Brannon, Anthony | 15122 | M-F | 7:30 - 4:00 | | | 8 | Plumber | 485 | meb2778 | 512 985-8154 | 131 |
| Brown, Michael | 14847 | M-Th | 6:30 - 5:00 | F | | 10 | Maintenance Worker | 499 | rb3578 | 512 327-8582 | 3973 |
| Butler, Rodney | 14855 | M-Th | 6:30 - 5:00 | F | | 10 | I & C Technician II | 483 | mac7854 | 512 853-5727 | 3895 |
| Cisneros, Manuel | 14379 | T-F | 6:30 - 5:00 | M | | 10 | HVACR Technician | 618 | eavesrd | 512 675-0789 | 3143 |
| Eaves, Richard | 14469 | M-F | 5:30 - 2:00 | | | 8 | Supervisor | | | 281-787-0039 | 3623 |
| Floyd, Jason | 16171 | M-F | 7:30 - 4:00 | | | 8 | Planner/Scheduler | | sif378 | 512 748-3649 | |
| Freeman, Stephen | 15793 | M-F | 6:00 - 2:30 | | | 8 | HVACR Tech SWING Shift | 498 | reg2689 | 512 785-7373 | 0 |
| Garza, Ricardo | 15219 | M-Th | 2:30 - 1:00 | F | | 10 | Carpenter | 396 | gdg534 | 512 586-7672 | 0 |
| Gonzales, Patrick | 15500 | M-F | 7:30 - 4:00 | | | 8 | Plumber | 489 | kobyarj | 512 922-1749 | 2424 |
| Kobya, Randy | 2013 | M-F | 7:30 - 4:00 | | | 8 | HVACR Technician | 491 | cm59398 | 512 554 8555 | 1268 |
| Maldonado, Carlos | 15520 | T-F | 6:30 - 5:00 | M | | 10 | Administrative Assistant | | dlm4482 | 512 560-7797 | |
| Maningo, Debbie | 16019 | M-F | 7:30 - 4:00 | | | 8 | Craft Trade Leader | 494 | dcm3228 | 512 665 9297 | |
| McGee, Danny | 15596 | M-F | 6:30 - 5:00 | F | | 10 | I & C Technician | 725 | ortiza1 | 512 940-1757 | 2760 |
| Ortiz, Armando | 1339 | M-F | 7:30 - 4:00 | | | 8 | HVACR Technician | | swp566 | 254 289-7223 | 2986 |
| Pasowicz, Steven | 16181 | M-S | 7:40 - 4:00 | | | 8 | Electrician | 607 | blp2365 | 512 738-7309 | 2990 |
| Petty, Button | 15310 | M-Th | 6:30 - 5:00 | F | | 10 | Maintenance Worker II | 464 | ahrb69 | 512 317-6664 | 4130 |
| Ramirez, Alexander | 15598 | T-F | 6:30 - 5:00 | M | | 10 | Craft Trade Leader | 495 | bwr459 | 512 266-1903 | |
| Rogers, Brad | 15151 | M-F | 7:30 - 4:00 | | | 8 | HVACR Technician | | bcs5437 | 254 444-2963 | 0 |
| Serna, Adam | 16255 | M-F | 7:30 - 4:00 | | | 10 | Carpenter | 493 | dengel | 512 787-9198 | 3824 |
| Stratton, Denzel | 2001 | T-F | 6:30 - 5:00 | M | | 10 | Electronics Technician | 386 | emt863 | 512 044-4894 | 168 |
| Torrez, E.J. | 16116 | M-F | 7:30 - 4:00 | | | 10 | Electrician | 604 | jv97 | 512 579-9543 | 192 |
| Uballe, John | 14965 | T-F | 6:30 - 5:00 | M | | 10 | HVACR Technician | 606 | jv29548 | 512 049-8623 | 182 |
| Velarde, John | 15111 | T-F | 6:30 - 5:00 | M | | 10 | Plumber | 490 | jla538 | 512 584-7606 | 1188 |
| Walton, Lee | 13122 | M-Th | 6:30 - 5:00 | F | | 10 | HVACR Technician | 605 | dgw636 | 512 608 6608 | 1190 |
| Warembourg, Drake | 15303 | M-F | 7:00 - 4:00 | | | 8 | Electronics Technician | 487 | pw9336 | 512 718 4425 | 138 |
| Wilford, John | 15235 | M-Th | 6:30 - 5:00 | F | | 10 | | | | | |



Dr Richard

8





**From:** Al TABRA, Mahmood <mahmood.tabra@austin.utexas.edu>
**Sent:** Friday, March 26, 2021 11:44 AM
**To:** Maali, Mona B
**Subject:** My supervisor don't approving my hours

Now my supervisor don't approving my ~~work hours~~ and if I ~~didn't follow up will~~ never find out. Check the mails below. This is messed up. I don't have time for this , I don't have time to go and check my supervisor job,  Is he did It Intentionally or mistake never know he can say ( oh I forgot it )

---

**From:** Bedford, Percy E <pbedford@austin.utexas.edu>
**Sent:** Friday, March 26, 2021 11:21 AM
**To:** Al TABRA, Mahmood
**Cc:** Floyd, Becca
**Subject:** RE: question about Comp Time - Non-Exempt and over time

Sir, the 8 hours entered on 2/11 and 4 hour on 2/14 aren't approved.  Those hours need to be approved.  Once that happens you will get more hours.  Also you need to add 8 hours of emergency leave on 2/16 as well as .5 hours of emergency leave on 2/24.  Please add those hours.  Your overtime hours will increase.  For the week of 2/15 it will not all be overtime.  It will be a mixture of overtime and comp.  I am copying Becca Floyd on this email so she can weigh in as well.

Percy Eugene Bedford, Jr. | SR HR Representative | **FAS** HR Support Services (HRSS) | UT Austin | **512.471.8330**
HRSS main line **512.471.5466**  |   hrss@austin.utexas.edu   |   https://hrss.financials.utexas.edu/

**From:** Al TABRA, Mahmood <mahmood.tabra@austin.utexas.edu>
**Sent:** Friday, March 26, 2021 11:08 AM
**To:** Bedford, Percy E <pbedford@austin.utexas.edu>
**Subject:** Re: question about Comp Time - Non-Exempt and over time

After I looked to the timesheet I found The week 2-8  till 2-14 I have 40 hours physical work so Sunday 2-14 I have 12 hours overtime.
And the next week (2-15 till 2-21 ) the university was close there is nobody was at the university and I have 24 hours on Monday 2-15  and 20 hours on Tuesday  2-16 . Those hours should be overtime because the second week the university was close. Can you clarify this please.

Richard



## Email showing my supervisor not approve my work hours in the timesheet

**From:** Bedford, Percy E <pbedford@austin.utexas.edu>
**Sent:** Friday, March 26, 2021 10:36:52 AM
**To:** Al TABRA, Mahmood <mahmood.tabra@austin.utexas.edu>
**Subject:** RE: question about Comp Time - Non-Exempt and over time

You physically have to work 40 hours and then anything after the 40 is overtime (time and half).   However I did find some issues. 8 hours worked on 2/11 and 4 hours of emergency on 2/14 is submitted and not approved.  Also you need to add 8 hours of emergency on 2/16 and .5 hours of emergency leave on 2/24.  Once these changes are made that will increase the totals.

**Percy Eugene Bedford, Jr.** | SR HR Representative | **FAS** HR Support Services (HRSS) | **UT Austin** | **512.471.8330**
HRSS main line **512.471.5466**   |   hrss@austin.utexas.edu   |   https://hrss.financials.utexas.edu/

------------------------

**From:** Al TABRA, Mahmood <mahmood.tabra@austin.utexas.edu>
**Sent:** Friday, March 26, 2021 9:47 AM
**To:** Bedford, Percy E <pbedford@austin.utexas.edu>
**Subject:** Re: question about Comp Time - Non-Exempt and over time

Thank you for your response, I have 12 hours on Sunday 2-14-2021 and 24 hours on Monday 2-15-2021 and 20 hours on Tuesday  2-16-2021.  I should have 56 overtime hours. Can you explain how you counted those days hours and got the results 25 overtime please?

--------------------------------

**From:** Al TABRA, Mahmood <mahmood.tabra@austin.utexas.edu>
**Sent:** Friday, March 26, 2021 11:44 AM
**To:** Maali, Mona B
**Subject:** My supervisor don't approving my hours

Now my supervisor don't approving my work hours and if I didn't follow up will never find out. Check the mails below. This is messed up. I don't have time for this , I don't have time to go and check my supervisor job,

--------------------------------

**From:** Lantiegne, Calysta <calysta.lantiegne@austin.utexas.edu>
**Sent:** Wednesday, August 11, 2021 10:51:57 AM
**To:** Al TABRA, Mahmood <mahmood.tabra@austin.utexas.edu>
**Subject:** Re: Retaliation / My supervisor don't approving my hours

Mahmood,

Thank you for providing me ample time to talk to you yesterday.  Yes, I have previously seen these emails, but appreciate you forwarding the information to me if you think it is pertinent to your most recent complaints.

Best regards,

**Calysta L. Lantiegne, J.D. (she/her/hers)** | Investigator | Department of Investigation and Adjudication
University Compliance Services | dia.compliance.utexas.edu| 512-471-3701
The University of Texas at Austin

*11*

**From:** Al TABRA, Mahmood <mahmood.tabra@austin.utexas.edu>
**Sent:** Wednesday, March 31, 2021 9:16:32 PM
**To:** Maali, Mona B <Mona.Maali@austin.utexas.edu>
**Subject:** Re: DIA Referral Memorandum

Good evening. I would like to receive the result of your investigation about my supervisor's retaliation before the result of Randy Kobza investigation.

Thank you so much and have a good night.

**12**

**From:** Al TABRA, Mahmood <mahmood.tabra@austin.utexas.edu>
**Sent:** Thursday, April 1, 2021 11:59:30 AM
**To:** Maali, Mona B <Mona.Maali@austin.utexas.edu>
**Subject:** Re: DIA Referral Memorandum

Hello, I want to know the result of the investigation about the incidents that happened with Michael Rodriguez , because as you know the inclusion office close my complain and after that got worst as I informed you my supervisor banned me from that building.

Thanks

Get Outlook for iOS

**From:** Maali, Mona B <Mona.Maali@austin.utexas.edu>
**Sent:** Thursday, April 1, 2021 11:51:44 AM
**To:** Al TABRA, Mahmood <mahmood.tabra@austin.utexas.edu>
**Subject:** Re: DIA Referral Memorandum

Hi Mahmood,

I have noted to share with you of our determination in the matter involving Mr Kobza only when we are also ready to share our determination in the matter involving Mr. Eaves.

Also, I have added your emails from yesterday to the case file that the offices we have referred your complaints to will also receive.

Thank you.

Mona

**MONA B. MAALI** | Intake Analyst | Department of Investigation and Adjudication
University Compliance Services | dia.compliance.utexas.edu | 512-471-3701
The University of Texas at Austin


**From:** Al TABRA, Mahmood <mahmood.tabra@austin.utexas.edu>
**Date:** Wednesday, March 31, 2021 at 9:16 PM
**To:** Maali, Mona B <Mona.Maali@austin.utexas.edu>
**Subject:** Re: DIA Referral Memorandum
Good evening. I would like to receive the result of your investigation about my supervisor's retaliation before the result of Randy Kobza investigation.

Thank you so much and have a good night.


Get Outlook for iOS

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 451-2021-01272 |

| TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| **MR. MAHMOOD H AL TABRA** | **(512) 822-9654** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **4008 IGNACIO DRIVE, AUSTIN,TX 78744** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| **UNIVERSITY OF TEXAS AT AUSTIN** | **15 - 100** | **(512) 471-3466** |

| Street Address | City, State and ZIP Code |
|---|---|
| **3101 MANOR ROAD, AUSTIN, TX 78722** | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN ☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION ☐ OTHER *(Specify)* | Earliest: **04-01-2020**  Latest: **02-26-2021** ☐ CONTINUING ACTION |

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

**I.  PERSONAL HARM:**

**I began my employment with Respondent in October 2019.  My position is Instrument and Control Technician.  Beginning on or about April 1, 2020, and continuing until February 26, 2021, I have been subjected to harassment and different terms/conditions of employment.  I am the only one in my position in the department who has not been given a car.  Building Manager at Stadium East, Michael Rodriguez constantly bullied me and questioned me as to why I was working in his building; he told me he didnt want me there, go back to my shop and that they werent going to pay me.  After I complained about this treatment to my supervisor he asked me to move to Zone 1.  After I refused to move to Zone 1, I was subjected to retaliation.  Since on or about September 2, 2020, I have been banned from working at Stadium East.  I have been intimidated about my work by my supervisor and he did not approve twelve hours of my pay.   Co-workers have comments that I have a language barrier and criticized my work orders.  On February 26, 2021, I was called a terrorist and accused of blowing up buildings.   I again reported this Human Resources and an**

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally signed by Mahmood Al Tabra on 04-06-2021 11:12 AM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 451-2021-01272 |

| TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION | and EEOC |
|---|---|
| *State or local Agency, if any* | |

investigation is pending.

**II. RESPONDENTS REASON(S) FOR ADVERSE ACTION:**
I was given no legitimate reason for the harassment. I was given no legitimate reason for being subjected to the different terms/and conditions of employment.

**III. DISCRIMININATORY STATEMENT:**
I believe I have been discriminated against because of my national origin (Iraqi), and in retaliation for having reported unlawful discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally signed by Mahmood Al Tabra on 04-06-2021 11:12 AM EDT** | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

**14**

**From:** Al TABRA, Mahmood <mahmood.tabra@austin.utexas.edu>
**Sent:** Friday, April 9, 2021 12:49 PM
**To:** Eaves, Richard D <richard.eaves@austin.utexas.edu>; HRSS Employee Relations <HRSS-ER@austin.utexas.edu>; Maali, Mona B <Mona.Maali@austin.utexas.edu>; Kobza, Randall J <randall.kobza@austin.utexas.edu>
**Subject:** Provoking

Just now, I was at the parking lot backing up my car and Randy Kobza drive very close to me to park beside while there was a lot of spot to park his car it was very close I almost hit him. I believe was intensely.
( you guys need to tell him to stay away from me )

**15**

Sincerely,

Mona

**Mona B. Maali** | Intake Analyst for Investigation and Adjudication
University Compliance Services | dia.compliance.utexas.edu | 512-471-3701
The University of Texas at Austin


**From:** Al TABRA, Mahmood <mahmood.tabra@austin.utexas.edu>
**Date:** Friday, June 4, 2021 at 11:50 AM
**To:** Maali, Mona B <Mona.Maali@austin.utexas.edu>, HRSS Employee Relations <HRSS-ER@austin.utexas.edu>
**Subject:** Retaliation

Good morning
Today 6-4-2021 I worked at SRH building on VFD domestic water pump because yesterday 6-3-2021 I saw the VFD on alarm when I was there doing my paperwork at the mechanical room, today morning I went back there and  fixed the problem and reprogram the VFD I sent my supervisor a text message telling him what I found and what I did, his response was how did you end up at SRH , I respond I saw it yesterday that why I get back to it, then he respond who sent you there yesterday , I respond I was there doing my paperwork, he respond that when you return to the shop and request more work , I respond eventually I will back and request it anyway, then I added telling him that my coworkers Armando and Rodney were doing same thing if they saw something wrong they work on it and when they back to the shop they request the work order or they call or text the shop, so I think I am doing the same thing, if there is  something new you want me to do I will do it. Please see the text messages between me and him as attached files.

First of all, I want to inform you that my coworkers Armando and Rodney sometimes they requested their work order after they start work on something or sometimes they requested their work order at the end of the day. Why now I can't do that what is changed ?  it's obvious because I complained against my supervisor and now he start his retaliation . but I will keep complain and complain and complain will never stop.......

Second the work orders my supervisor assigned to me it's not under my work description, you can go and check my work description and you will see working on the compressor or emergency light it's not my job, and I can say no but I am just going with the flow and I don't want to make problems if he insist to mess with me I will get back to my job description and will not do any work outside that frame. Check the work orders as attached files.

Third the work order he assigned to me it doesn't cover 8 hours its cover just 3 hours . so I still have 5 hours need to be covered that's why I went to SRH to do extra work trying to cover my time and doing something more benefit to the university instead those ridicules work orders he assigned to me which they not even fall under my job description. Please see the work orders as attached file

Forth . I went and talked to my supervisor asked him why he make it a big deal while everybody doing that I told him Armando and Rodney they always doing it, he said why you went to SRH, I told him I was

doing my paper work there, he said you should do it on the same building you did the work in , I told him now I have specific place to do my paperwork ?  he did not answer me !!! then he said I will tell Armando to request a work order before start work on something failed he found. So that showing he messing with me and that's will reflect negative impact to everyone who work in the shop because he trying to make my job harder but that will pushing him to make it harder to everyone. He starting changing some rules he never thought about changing them before, he just found those some small things it might effecting me if he change them, but that will apply to all my coworkers.

he never tell anybody of my coworker where supposed to do their paperwork just to me. There is no rule telling us where we have to do our paper work . I can do my paper work wherever I want to in the campus, also  he never tell us that we have to request a work order before start work on something fail.


Conclusion

It's obvious my supervisor retaliate against me because I complained against him  because the following

1. He never tell my coworkers to do their paperwork in specific place just me .
2. He never tell my coworkers to request a work order before start the work on something just me
3. Instead telling me thank you for the work I did fixing VFD for domestic water pump was off in alarm he start questioning me and giving me hard time and saying that emergency lights and air compressor are priority number 1 which those even not my job also both those work order need 3 hours to be done as its showing in those work orders it selves the estimation time to get them completed. which is mean I still have 5 hours with nothing to do .
4. At the end I am writing this mail knowing that you will not going to do anything because the employers always stepping with the supervisors also I sending you this for my records.

Sincerely,
Mona

**Mona B. Maali** | Intake Analyst for Investigation and Adjudication
University Compliance Services | dia.compliance.utexas.edu | 512-471-3701
The University of Texas at Austin

**From:** Al TABRA, Mahmood <mahmood.tabra@austin.utexas.edu>
**Date:** Thursday, June 10, 2021 at 12:12 PM
**To:** Maali, Mona B <Mona.Maali@austin.utexas.edu>
**Subject:** Re: Retaliation

I complained about he stepped with Michael Rodriguez and band me from working at the stadium building and he was sending Rodney and Armando to the stadium building instead, he didn't provide me a car like how he did with my other coworkers who get hired after me. He tried to intimidating me when I complained about language discrimination he called me to the office trying to find something wrong with my work performance. And I complained about him when he asked me to move to Zone 1 . You can check those  documents, you have it all.

Get Outlook for iOS

**From:** Maali, Mona B <Mona.Maali@austin.utexas.edu>
**Sent:** Thursday, June 10, 2021 12:00:57 PM
**To:** Al TABRA, Mahmood <mahmood.tabra@austin.utexas.edu>
**Subject:** Re: Retaliation

Mahmood,

I would also like you to clarify something regarding the report that you made in your below email. In reference to the events that you described involving Richard Eaves, you wrote, "It's obvious my supervisor retaliate against me because I complained against him." Would you please confirm what complaint you are referring to? Thank you.

**Mona B. Maali** | Intake Analyst for Investigation and Adjudication
University Compliance Services | dia.compliance.utexas.edu | 512-471-3701
The University of Texas at Austin

**From:** Maali, Mona B <Mona.Maali@austin.utexas.edu>
**Date:** Thursday, June 10, 2021 at 11:50 AM
**To:** Al TABRA, Mahmood <mahmood.tabra@austin.utexas.edu>
**Subject:** Re: Retaliation
Mahmood,

I am confirming receipt of this report and the supporting documentation. DIA is referring this matter to Financial and Administrative Services (FAS) for review. I will follow-up with you with the referral memo once DIA is able to formalize the referral.



**From:** Maali, Mona B <Mona.Maali@austin.utexas.edu>
**Sent:** Tuesday, June 15, 2021 2:57:15 PM
**To:** Al TABRA, Mahmood <mahmood.tabra@austin.utexas.edu>
**Subject:** DIA Referral Memo

Mahmood,

I am following up on my previous correspondence to update you regarding the complaint that you made against your supervisor, Richard Eaves, to the Department of Investigation and Adjudication (DIA) on June 4, 2021. After determining that your complaint does not implicate university policy HOP 3-3020, DIA has referred your complaint to Financial and Administrative Services (FAS) for review. Attached is the referral memorandum in the matter. In addition to this memo, I provided FAS with your June 4, 2021 complaint and the supporting documentation that you attached.

Thank you.

*Please be advised that the attached memorandum is not public information. The confidentiality of a complaint under policies enforced by DIA and all documents, correspondence, interviews and discussions relating to the investigation of the information contained in a complaint will be maintained on a need-to-know basis to the extent permitted by law. Any person who knowingly and intentionally makes an unauthorized disclosure of confidential information contained in a complaint, or otherwise relating to the investigation of a complaint under policies enforced by DIA, is subject to disciplinary action.*

*A request for public information from the university can be made at https://utexas.mycusthelp.com/WEBAPP/_rs/supporthome.aspx*

Sincerely,
Mona

**Mona B. Maali** | Intake Analyst for Investigation and Adjudication
University Compliance Services | dia.compliance.utexas.edu | 512-471-3701
The University of Texas at Austin

**From:** Maali, Mona B <Mona.Maali@austin.utexas.edu>
**Date:** Thursday, June 10, 2021 at 12:13 PM
**To:** Al TABRA, Mahmood <mahmood.tabra@austin.utexas.edu>
**Subject:** Re: Retaliation
Mahmood,

Yes, thank you for confirming this. I do have the documentation for your previous reports. I just wanted to be sure I was clear about what you were referencing in your June 4, 2021 email.



**DIVISION OF DIVERSITY & COMMUNITY ENGAGEMENT**
Office for Inclusion and Equity

*100 West Dean Keeton Street • SSB 3.212 • Austin, Texas • 78712-1541 • 512-471-1849 • FAX 512-471-8180*
*www.equity.utexas.edu • oie@austin.utexas.edu*

## PRIVATE & CONFIDENTIAL

**TO:**     Mahmood Al Tabra
            Instrumentations and Control Technician, I
            Facilities Operations and Maintenance

**FROM:**   Jenn Corey Meehan
            Institutional Equity Investigator
            Office of Inclusion and Equity

**DATE:**   July 13, 2021

**RE:**     Informal Complaint Resolution

The University of Texas at Austin has empowered The Office for Inclusion and Equity ("OIE") to address allegations of discrimination, harassment, and retaliation. OIE received a report regarding alleged conduct by Randall Kobza ("Kobza"), plumber, Facilities Operations and Maintenance ("FOM"), that could implicate the national origin, race/ethnicity, and/or religion discrimination provisions of the university's Nondiscrimination Policy (HOP 3-3020).

In accordance with university practice, Kobza attended a meeting with OIE where we discussed the concerns raised in detail and reviewed the university's policies, including the prohibition of retaliation. OIE strongly impressed a need for all university employees to behave in accordance with the standards and practices established by the university. Kobza was also informed that should OIE receive additional concerns, the matter would likely escalate.

OIE is also recommending that Kobza attend a multi-course training on diversity, equity, and inclusion. There are various options available on UTLearn, including the "Dynamics of Diversity Certificate."[1]

The university protects individuals who attempt to stop discrimination or harassment, make a discrimination or harassment complaint, participate in the investigation of a complaint, or request an accommodation. If you believe you experience any action or treatment that is likely to deter a reasonable person from

---

[1] This certificate training course can be accessed by signing into UTLearn (the following link: https://utlearn.utexas.edu/), searching for "Dynamics of Diversity," opening the curriculum, and signing up for the individual courses. The certificate is awarded after the completion of all eleven courses.

**uNiVerSiTy 19**

## Fwd: Discrimination in the hiring process.

Al TABRA, Mahmood <mahmood.tabra@austin.utexas.edu>

Thu 9/16/2021 17:05

To: mahmood tabra <s.tabra@hotmail.com>

Get Outlook for iOS

**From:** Al TABRA, Mahmood <mahmood.tabra@austin.utexas.edu>
**Sent:** Wednesday, July 21, 2021 6:21 PM
**To:** Maali, Mona B; Sharp, Deborah
**Subject:** Discrimination in the hiring process.

Discrimination in the hiring process.

I applied for three positions since I get hired at University of Texas at Austin two of those jobs I applied for didn't get even an interview and the last one I got interview because it's in my department zone 3 and the candidate were my coworkers

The first job I applied to was R_00011120 Supervisor, Building Optimization Team, I believe I have the knowledge and the skill to do that job I also have bachelor degree but unfortunately I didn't get interview.

The second job was R_00012322 Project Manager, I believe I have the knowledge and the skills to do this job I also have bachelor degree but unfortunately I didn't get interview. I want to add that some of the project managers who work at that department they even don't have degree, and one of them he don't have enough skills to do his job he always asking me questions about how to do his job and I am always teaching him and that was the main reason make me applied to this job.

third job I applied to is R_00013001 Instrumentation & Controls Technician II, this job was posted in my department, and the candidates were my coworkers, I applied to this job because I believe I am fit for this position because I am already doing Instrumentation & Controls Technician I, and I know myself I have so much knowledge about digital control and VFD and chiller's sequence operation more than all the candidates who applied to this job. But unfortunately my supervisor told me he will select Armando Ortiz ( just because he worked at the university for long time ) and I told my supervisor that Armando don't know anything about VFD and digital control and I do know , he said we will hire someone to do that job! Although the Instrumentation & Controls Technician II should know VFD and digital control as its knowing at University and anywhere else that I&C II should deal with VFD and digital control more than I&C I , I really don't understand what is the criteria the university following for hiring process ? I want to add that my coworker Armando Ortiz he don't know anything about VFD and Chillers and electronics, all what he knows is basic control system and pneumatic control which is considered skills for Instrumentation & Controls Technician I, I believe you selected Armando Ortiz just because he worked at the university for long time, (that what my supervisor told me), also because you don't like me since I complained about my coworker Randal kobsa when he called me a terrorist and you discriminate against me , I am sure my supervisor set this position for my coworker Armando just for retaliation. I know my supervisor wasn't in the interview process but that doesn't mean he don't have influence on the hiring decision.

I believe that the university of Texas At Austin discriminate against me in the hiring process because I filed a charge with EEOC for calling me a Terrorist at the work place and closing the investigation, also I believe that my supervisor retaliate against me because I complained against him, for the poor treatment I been facing from him as you know in my case I have multiple incident showing that my supervisor did not treat me how he treating my coworkers.

<u>Email showing I am contacting the university and ask them why they close the retaliation case and it showing they ignoring my emails before</u>

**From:** Al TABRA, Mahmood <mahmood.tabra@austin.utexas.edu>
**Sent:** Wednesday, July 28, 2021 1:31 PM
**To:** UT ServiceNow (Prod) <ut@service-now.com>
**Cc:** ROY.ROSCOE@eeoc.gov; Maali, Mona B <Mona.Maali@austin.utexas.edu>; President Jay Hartzell <president.hartzell@utexas.edu>; Sharp, Deborah <deborah.sharp@austin.utexas.edu>
**Subject:** 451-2021-01272

Good afternoon, I am sending this Email to show you that the university closed the investigation for my complain about my supervisor retaliation and they asked me if I want to receive a call from them, and as it showing below I sent two E-mails to receive a call and nobody call me, that just showing how the university treating the employees.

Second : today around 11.45 am I was at FC3 in the bathroom and when I left the bathroom I saw randal kobza walking toward me and he was looking at me face to face and he told me ( are you alright ? )
I really don't know what he want and why he talking to me ?  it's obviously harassment and bullying he is the same guy who came to me on May 2020 and told me that I have languages barrier and making jokes about my accent because I am not from here,  and he is the same guy who came to me on February 2021 and called me a terrorist in front of my coworkers, what he want now ? is this the environment that university maintain to the employees !!! and I am still wondering why the university closed the investigation and the results of the investigation was giving him a training , this is a slap on the wrist. And I am still wondering why the university insist to keep him around me ? did the university want me to react ? if that the goal  I want to say, (I won't take the bait ) .

The person who conduct and closed the investigation about the calling me a terrorist is Mona maali

Deborah sharp is the person who conduct and closed the investigation about the bullying I was facing  from Michael Rodriguez his position east stadium building manager, you can check my complaint with the inclusion office, and I am still band from doing work at stadium east  because Michael Rodriguez don't want me there, **and my supervisor is the person who band me from going to that building** based on Michael Rodriguez request.

Conclusion ( it is okay to call Muslims terrorist at the university of Texas in Austin ) because the result will be online diversity training .

Question if someone use N word inside the campus is the result will be online training ? can you answer this question ?  its obvious there are double standards on conducting the investigation . That's  showing there is a discrimination in how handling discrimination cases inside HR department.

**21**

**Email showing I keep asking the university to stand up with me against my supervisor retaliation**

**From:** Al TABRA, Mahmood
**Sent:** Wednesday, July 28, 2021 2:52 PM
**To:** Sharp, Deborah <deborah.sharp@austin.utexas.edu>; UT ServiceNow (Prod) <ut@service-now.com>
**Cc:** ROY.ROSCOE@eeoc.gov; Maali, Mona B <Mona.Maali@austin.utexas.edu>; Conflict Management & Dispute Resolution Unit <cmdr@austin.utexas.edu>
**Subject:** Re: 451-2021-01272

I went to your office and informed you about everything going on, and the results was you closed the investigation and I am still dealing with same or I can say even worst work environment . I am ready to meet you again but I am sure you won't or can't do anything. Let me know date and the time of your appointment.



## My mail to my coworkers that make the university terminate my employment

Dear coworkers, I would like to inform you about the hostile work environment I am facing at the university of Texas at Austin since I get hired. and I am writing this mail because I believe people should know about what going on and I am sure there are a lot of cases like mine and the HR threaten people to not talk and kept them silent.

1-    I got hired on 10-28-2019 and the first incident was with my coworker Randal kobsa was around may 2020 he makes jokes about my language comprehensive saying that I have language barriers in front of my coworkers . I reported this incident and no response

2-    Second incident was with debbi manning she makes jokes about how I write my paperwork and she pretend that she can't understand what I am writing , I reported this incident and no response

3-    The third incident again with Randal Kobsa came to me at the parking lot and we start talking and he start joking and said (I don't hate fucking Arabs ) I reported and no response.

4-    fourth incident with Michael  Rodriguez he worked at the stadium I have three times argument with him and he always makes problems when he see me at the stadium doing work he start his harassment by telling me we don't need you here and we already know what the problem and he calling my shop and complaining to my supervisor and asking my supervisor to reassign the work order to another employee and my supervisor listen to him and always do what Michael Rodriguez asked him to do, even one day I was working at the stadium replacing VFD he came to me and told me what you doing here we already know the VFD is Bad we will not pay you the hours you spent here !! so after all this harassment from this guy I complained to the inclusion office on 9-2020 and the result was I got band from that building since 9-20 till today.

5-    Fifth  incident was on 2-2021 with Randal kobsa again he came to me and called me a Terrorist in front of two coworkers, I reported it and the result was they university gave him online diversity training and today I heard he retired he is no longer employee at the university and the weird part is the investigation still going on and they asking me how I want to proceed my complain !!!!

6-    In addition to all of that I am facing now retaliation from my supervisor because I complained about him for stepping with Michael Rodriguez against me , it's a lot going on but I will mentioned to some points

A-    I am the last person in the shop received a car do perform my job there are three employees got hired after me they all received a car from the first month I received my car after almost 2 years

B-    My supervisor didn't approved my time sheet and its makes me to go back and check the hours and called payroll to find out what going on

C-    My supervisor starting applying new policy on me he never asked my coworkers to do before

D-    My supervisor band me from doing work at the stadium building because I complained about him for stepping with Michael Rodriguez against me

E-    I applied to another position and my supervisor gave that position to my coworker who have less skills than mine .

F-    After I complained about my supervisor he asked me to move to Zone 1


( All the information mentioned above is documented and sent to EEOC )


Dear coworkers, I want to add that I received E-mail from the HR telling me that I am not supposed to share the investigation details the information above with anyone and If I did I will face corrective action , such an irony the guy who called me a terrorist got online diversity training and let him go with his retirement and I got threaten from HR with corrective action. Anyway I want to tell HR and The president they both with us here CC

( Do something , do something about it ) I am sharing the EEOC discrimination document as attached file, now it's a public record and I will put everything online on the social media and Facebook .


If you have any question or if you want to help E-mail me here  s.tabra@hotmail.com

All this happened with me because I am Arabic and Muslim

Mahmood Altabra


Best Regards

**23**

**From:** Al TABRA, Mahmood <mahmood.tabra@austin.utexas.edu>
**Date:** Friday, September 3, 2021 at 7:23 PM
**To:** Lantiegne, Calysta <calysta.lantiegne@austin.utexas.edu>, Sharp, Deborah <deborah.sharp@austin.utexas.edu>
**Subject:** Inquiries about the cases

Today I had meeting with sharp Deborah and she mentioned that she can't Pursuit any investigation if it's related to any other cases that still in process with DIA, so I have couple questions about the cases that still in progress with DIA and I need to know which cases already closed.
As you know I have three cases

1- the first case related to Michael Rodregos I submitted my complaint with the inclusion office on 9-20-21

2- the second cases related to my supervisor I submitted multiple complaint with DIA I have copies for all those mails, you should already know about them

3- third case related to Randal Kobza and I know it's already closed even if it not closed he already left.

Please response to me and tell me
which case is close ?
And if close, why you close it ?
And what did you find ?

And what case is open ?
And why still open ?
And what did you find ?

Provide case number with its details

Thanks



**From:** Lantiegne, Calysta <calysta.lantiegne@austin.utexas.edu>
**Sent:** Tuesday, September 7, 2021 11:27 AM
**To:** Al TABRA, Mahmood
**Subject:** Re: Inquiries about the cases

Mahmood,

Thank you for your inquiry.  Regarding your complaint against Michael Rodriguez, DIA did not handle that complaint.  You filed it with the Office of Inclusion and Equity, which closed it on October 22, 2020. As for your most recent complaints against Richard Eaves and Randall Kobza, they are still open.

Best regards,

**Calysta L. Lantiegne, J.D.** | Investigator | Department of Investigation and Adjudication
University Compliance Services | dia.compliance.utexas.edu | 512-471-3701
The University of Texas at Austin

*25*

**From:** Al TABRA, Mahmood <mahmood.tabra@austin.utexas.edu>
**Sent:** Tuesday, September 7, 2021 11:52 AM
**To:** Lantiegne, Calysta <calysta.lantiegne@austin.utexas.edu>; Sharp, Deborah
<deborah.sharp@austin.utexas.edu>; President Jay Hartzell <president.hartzell@utexas.edu>;
mahmood tabra <s.tabra@hotmail.com>
**Cc:** mahmood tabra <s.tabra@hotmail.com>
**Subject:** Fwd: Inquiries about the cases

I talked to sharp Deborah last week and she said the case transferred to DIA and DIA closed it .
She added that I need to contact DIA to get more information about that case . Now you said that
the inclusion office closed this case . So who saying the truth, it's look like some don't want to
handle the responsibility and thro the case to the other one .

Stop playing with me and do your job and be brave and say I am the one who Neglect that case
and did terrible job. Just be honest and say that .

If this case got close by whoever, I need to know what did you find and what was the action you
did take,  and why did you close the case .