UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Mahmood Husam Altabra, | § | No. 1:22-cv-01247-DAE |
|    *Plaintiff*, | § | |
| | § | |
| vs. | § | |
| | § | |
| University of Texas at Austin, | § | |
| | § | |
|    *Defendant*. | § | |
| | § | |

# ORDER

On August 04, 2023, Plaintiff Mahmood Husam Altabra filed a Second Amended Complaint. (Dkt. # 56.) The Second Amended Complaint does not include individual defendants Richard Eaves, Randall Kobza, and Michael Rodriguez as parties to the litigation.

Pursuant to Second Amended Complaint, the Clerk is **INSTRUCTED TO DISMISS** Richard Eaves, Randall Kobza, and Michael Rodriguez as listed parties to this case.

Dated: January 24, 2024.

_____
David Alan Ezra
Senior United States District Judge