

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

| | | |
|---|---|---|
| **JOHN RAMSEY** | PHONE: | (512) 936-1322 |
| Assistant Attorney General | FAX: | (512) 320-0667 |
| General Litigation Division | EMAIL: | john.ramsey@oag.texas.gov |

April 2, 2025

*Via E-File*

US District Clerk's Office
501 West 5th Street, Suite 5300
Austin, TX 78701

Re:   *Mahmood Altabra v. University of Texas at Austin, et al;* Civil Action No. 1:22-cv-01247-RP in the United States District Court for the Western District of Texas, Austin Division.

To Whom It May Concern:

Please be advised that I will be out of the office and unavailable for hearings, settings, and any other event which would require a responsive pleading or my presence on the dates indicated below:

- April 8-22, 2025 (medical leave);
- June 26-July 10, 2025.

By copy of this letter, I have notified all counsel of record.

Thank you for your consideration in this matter.

Sincerely,

John Ramsey
Assistant Attorney General
General Litigation Division
*Attorney for The University of Texas at Austin*

cc: Terrence B. Robinson - via email