IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **MAHMOOD HUSAM ALTABRA,** | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § § § | CIVIL ACTION NO.: 1:22-CV-01247 |
| **UNIVERSITY OF TEXAS AT AUSTIN,** et al. | § § § | |
| *Defendant.* | § | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FED. R. CIV. P. 60(b)**

On this day, the Court considered *Plaintiff's Motion for Relief from Judgement Pursuant to Fed. R. Civ. P. 60(b)*. After reviewing Plaintiff's arguments in support thereof, the Court determines that the motion should be GRANTED as follows:

Accordingly, therefore it is so **ORDERED** this ___ day of June 2025

_____
UNITED STATES DISTRICT JUDGE